USCA1 Opinion

 

 June 21, 1993 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit _________________________ No. 92-2397 UNITED STATES OF AMERICA, Appellee, v. ALLAN W. ST. GERMAINE, a/k/a ALLAN W. ST. GERMAIN, Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ _________________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ _________________________ Peter Clifford for appellant. ______________ Nicholas M. Gess, Assistant United States Attorney, with _________________ whom Jay P. McCloskey, United States Attorney, was on brief, for ________________ appellee. _________________________ _________________________ Per Curiam. Having carefully reviewed the record Per Curiam __________ of the proceedings below, we conclude, without serious question, that, before the district court, the appellant withdrew any objection to the proposed determination that he should be sentenced as an armed career criminal under 18 U.S.C. 922(g)(1), 924(e)(1). Because that issue was not preserved below, we will not address it here. See, e.g., United States ___ ____ _____________ v. Dietz, 950 F.2d 50, 55 (1st Cir. 1991) ("We have _____ repeatedly ruled, in connection with sentencing as in other contexts, that arguments not seasonably addressed to the trial court may not be raised for the first time in an appellate venue.") (collecting cases). In any event, we are satisfied that appellant's prior criminal record brought him firmly within the ambit of the Armed Career Criminal Act. See, e.g., Taylor v. United ___ ____ ______ ______ States, 495 U.S. 575, 600 (1990); United States v. ______ _____________ Anderson, 921 F.2d 335, 339-40 (1st Cir. 1990). ________ We have examined appellant's remaining contentions and find them meritless. Consequently, we need go no further. 2 Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ 3